# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | Case No. 2:20-cv-01429 |
| | ) | |
| Plaintiff, | ) | Judge Michael H. Watson |
| | ) | |
| v. | ) | Chief Magistrate Judge Elizabeth P. Deavers |
| | ) | |
| THE OHIO STATE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATED CONSENT FOR EXTENSION TO
## MOVE, ANSWER OR OTHERWISE PLEAD IN RESPONSE TO THE COMPLAINT
## FOR DEFENDANT THE OHIO STATE UNIVERSITY

Pursuant to S.D. Ohio Civ. R. 6.1(a), plaintiff John Doe and defendant The Ohio State University ("Ohio State") hereby stipulate to a 21-day extension for Ohio State to move, answer, or otherwise plead in response to plaintiff's Complaint, up to, and including, Friday, June 12, 2020. No prior extensions have been sought or granted with respect to Ohio State in the above-captioned matter, and the requested extension does not exceed 21 days.

Respectfully submitted,

| | |
|---|---|
| ABRAMSON & O'CONNELL, LLC | DAVID A. YOST<br>ATTORNEY GENERAL OF OHIO |
| /s/ Thomas J. O'Connell<br>by /s/ Michael H. Carpenter<br>per email authorization (5/13/2020)<br>Thomas J. O'Connell (0030483) (Trial Attorney)<br>Lawrence D. Abramson (0013278)<br>695 Bryden Road<br>Columbus, OH 43205<br>Phone: (614) 461-6066<br>Fax: (614) 461-4524<br>tom@aolawfirm.com<br>larry@aolawfirm.com<br><br>Attorneys for Plaintiff John Doe | /s/ Michael H. Carpenter<br>Michael H. Carpenter (0015733) (Trial Attorney)<br>Timothy R. Bricker (0061872)<br>Jennifer A.L. Battle (0085761)<br>David J. Barthel (0079307)<br>Stephen E. Dutton (0096064)<br>Carpenter Lipps and Leland LLP<br>280 Plaza, Suite 1300<br>280 North High Street<br>Columbus, OH 43215<br>Phone: (614) 365-4100<br>Fax: (614) 365-9145<br>E-mail: carpenter@carpenterlipps.com<br>bricker@carpenterlipps.com<br>battle@carpenterlipps.com<br>barthel@carpenterlipps.com<br>dutton@carpenterlipps.com<br><br>Special Counsel for Defendant The Ohio State University |

## **CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing was filed electronically on May 13, 2020. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

                                                   /s/ Michael H. Carpenter  
                                                   Trial Attorney for  
                                                   Defendant The Ohio State University