THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, | Case No. 2:20-cv-01429 |
| Plaintiff, | Judge Michael H. Watson |
| v. | Chief Magistrate Judge Elizabeth P. Deavers |
| THE OHIO STATE UNIVERSITY, | |
| Defendant. | |

**ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANT THE OHIO STATE UNIVERSITY'S DEADLINE TO MOVE, ANSWER, OR OTHERWISE PLEAD IN RESPONSE TO THE COMPLAINT**

Upon review of the parties' Joint Motion to Extend Defendant The Ohio State University's Deadline to Move, Answer, or Otherwise Plead in Response to the Complaint (Doc. 13), for good cause shown, the motion is **GRANTED**. **IT IS HEREBY ORDERED THAT** the deadline for defendant The Ohio State University to move, answer, or otherwise plead to the complaint in the above-captioned action is extended to **JULY 13, 2020**.

IT IS SO ORDERED.

Dated: 6/11/2020

ELIZABETH A. PRESTON DEAVERS,
CHIEF MAGISTRATE JUDGE UNITED STATES
DISTRICT COURT