# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, | |
| Plaintiff, | Case No. 2:20-cv-01429 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Chief Magistrate Judge Elizabeth P. Deavers |
| Defendant. | |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL

Pursuant to Local Rule 5.2.1 and Fed. R. Civ. P. 5.2, Plaintiff, by and through undersigned counsel, respectfully requests leave of court to file an Unopposed Motion and Proposed Order under seal.

Due to recent confidential developments involving settlement issues for survivors, most of whom are John Does, Plaintiff has a good faith basis to file the motion and proposed order. Michael Carpenter, Esq., on behalf of Defendant, has reviewed this motion and has no opposition.

Accordingly, Plaintiff respectfully requests that this Court issue an Order authorizing Plaintiff to file these certain documents under seal.

    Respectfully submitted,

ABRAMSON & O'CONNELL, LLC

*/s/ Thomas J. O'Connell*
Thomas J. O'Connell (0030483)
695 Bryden Road
Columbus, Ohio 43205
(614) 461-6066
(614) 461-4524 (facsimile)
tom@aolawfirm.com
Attorney for Plaintiff

1

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 23rd day of October 2020, the foregoing was filed via the ECF/CM system with the Clerk of the Court and served upon counsel of record via email through the Court's ECF/CM system by means of the Notice of Electronic Filing.

*/s/ Thomas J. O'Connell*