**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN DOE, | |
| Plaintiff, | Case No. 2:20-cv-01429 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Chief Magistrate Judge Elizabeth P. Deavers |
| Defendant. | |

## [PROPOSED] ORDER

IT IS ORDERED BY THE COURT that the Plaintiff's Motion for Leave to File Certain Documents Under Seal is GRANTED and that the Unopposed Motion and Proposed Order be filed UNDER SEAL.

**IT IS SO ORDERED.**

Date:

_____
MICHAEL H. WATSON
UNITED STATES DISTRICT JUDGE

_____
ELIZABETH A. PRESTON DEAVERS
CHIEF UNITED STATES MAGISTRATE JUDGE