IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> v. <br><br> THE OHIO STATE UNIVERSITY, <br><br> Defendant. | Case No. 2:20-cv-01429 <br><br> Judge Michael H. Watson <br><br> Chief Magistrate Judge Elizabeth P. Deavers |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), Plaintiff John Doe and Defendant The Ohio State University ("OSU") hereby stipulate to the **DISMISSAL WITH PREJUDICE** of any and all claims which have been, could have been, or should have been asserted against OSU in the Plaintiff's Complaint (Doc. 1). The parties will bear their own attorneys' fees, costs and expenses.

**Stipulated And Agreed To By:**

| Attorney for Plaintiff: | Attorney for Defendant: |
|---|---|
| */s/ Thomas J. O'Connell* <br> Thomas J. O'Connell (0030483) <br> Abramson & O'Connell, LLC <br> 695 Bryden Road <br> Columbus, Ohio 43205 <br> (614) 461-6066 <br> (614) 461-4524 (fax) <br> E-mail: tom@aolawfirm.com <br><br> *Counsel for Plaintiff* | DAVID A. YOST <br> ATTORNEY GENERAL OF OHIO <br><br> /s/ *Michael H. Carpenter* <br> by */s/ Thomas J. O'Connell* <br> per email authorization (3/2/2021) <br> Michael H. Carpenter (0015733) (Trial Attorney) <br> Timothy R. Bricker (0061872) <br> David J. Barthel (0079307) <br> Carpenter Lipps & Leland LLP <br> 280 Plaza, Suite 1300 <br> 280 North High Street |

Columbus, OH 43215
Phone: (614) 365-4100
Fax: (614) 365-9145
E-mail: carpenter@carpenterlipps.com
bricker@carpenterlipps.com
barthel@carpenterlipps.com

*Special Counsel for Defendant
The Ohio State University*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on March 3, 2021. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

/s/ Thomas J. O'Connell
Thomas J. O'Connell (0030483)
Abramson & O'Connell, LLC
695 Bryden Road
Columbus, Ohio  43205
(614) 461-6066
(614) 461-4524
E-mail: tom@aolawfirm.com

*Counsel for Plaintiff*